## STATE OF CONNECTICUT *v.* RONALD CABRAL
### (13728)

DUPONT, C. J., and FOTI and LAVERY, Js.

Argued May 22—decision released June 27, 1995

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

*William T. Koch, Jr.,* for the appellant (defendant).

*Lisa Herskowitz,* deputy assistant state's attorney, with whom, on the brief, were *Kevin T. Kane,* state's attorney, and *Geoffrey E. Marion,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.